

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-9-2006

# Forum Academic v. Secretary Defense

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-4433

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Forum Academic v. Secretary Defense" (2006). *2006 Decisions*. Paper 1142.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1142

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 03-4433

_____

FORUM FOR ACADEMIC AND INSTITUTIONAL RIGHTS, a New Jersey
membership corporation; SOCIETY OF AMERICAN LAW TEACHERS, INC., a New
York corporation; COALITION FOR EQUALITY, a Massachusetts association;
RUTGERS GAY AND LESBIAN CAUCUS, a New Jersey association; PAM
NICKISHER, a New Jersey resident; LESLIE FISCHER, a Pennsylvania resident;
MICHAEL BLAUSCHILD, a New Jersey resident; ERWIN CHEMERINSKY, a
California resident, SYLVIA LAW, a New York resident,

Appellants

v.

DONALD H. RUMSFELD, in his capacity as U.S. Secretary of Defense; ROD PAIGE,
in his capacity as U.S. Secretary of Education; ELAINE CHAO, in her capacity as U.S.
Secretary of Labor; TOMMY THOMPSON, in his capacity as U.S. Secretary of Health
and Human Services; NORMAN Y. MINETA, in his capacity as U.S. Secretary of
Transportation; TOM RIDGE, in his capacity as U.S. Secretary of Homeland Security

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 03-cv-04433)
District Judge:  Honorable John C. Lifland

_____

BEFORE: AMBRO, ALDISERT and STAPLETON, Circuit Judges.

_____

Argued on June 30, 2004
Decided November 29, 2004
On Remand from the Supreme Court of the United States May 2, 2005

_____

In light of the decision of the United States Supreme Court in <u>Rumsfeld v. Forum</u> <u>for Academic and Institutional Rights, Inc., et al.,</u> 126 S.Ct. 1297 (March 6, 2006), it is ORDERED that the judgment of the District Court be and is hereby AFFIRMED. Appellants to pay costs.

**BY THE COURT**

**/s/ Ruggero J. Aldisert**
**Circuit Judge**

**Dated:** May 9, 2006
ghb/cc: E. Joshua Rosenkranz, Esq.
     (Scott R. McIntosh, Esq.
      Douglas N. Letter, Esq.
      Gregory G. Katsas, Esq.
     John L. Moore, Jr., Esq.
     Paul M. Smith, Esq.
     Hilary E. Ball, Esq.
     Howard J. Bashman, Esq.
     Steven W. Fitschen, Esq.
     Philip G. Gallagher, Esq.
     Stuart D. Rosen, Esq.
     Walter E. Dellinger, III, Esq.